IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BILLY JAMES MURPHREE                                              PLAINTIFF

v.                    NO. 3:17-cv-00165 PSH

NANCY A. BERRYHILL, Acting Commissioner                           DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 24th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE